FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 OCT 22 PM 3:25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LEE JONES,

    Plaintiff,

v.                         CASE NO. CV414-119

DETECTIVE SEAN SUEAQUAN,
DETECTIVE DAVID ARBIZO, and
DETECTIVE M. SHIRO,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of October 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA